United States District Court
Southern District of Texas

**ENTERED**

April 06, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

|  |  |  |
|---|---|---|
| BENITA BELGARDE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-369 |
| | § | |
| TODD M. LYONS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Petitioner Benita Belgarde is currently detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. She presents a petition for writ of habeas corpus, requesting her immediate release from custody, or in the alternative, that she be placed "under parole or bond or reasonable conditions of supervision[.]" (Petition, Doc. 1, 13) She alleges that she is the beneficiary of an I-130 petition filed on her behalf by her daughter, a United States citizen who is on military active duty. (*Id.*, at 5)

To facilitate the Court's consideration of the matter, it is:

**ORDERED** that by no later than April 27, 2026, Respondents shall file a Response to the relief that Petitioner requests; and

**ORDERED** that by no later than May 4, 2026, Petitioner Benita Belgarde may file a Reply.

The Clerk of Court shall serve a copy of the Petition (Doc. 1) and this Order upon Respondents.

Signed on April 6, 2026.

Fernando Rodriguez, Jr.
United States District Judge