United States District Court
Southern District of Texas

**ENTERED**

April 07, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BENITA BELGARDE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-369 |
| | § | |
| TODD M. LYONS, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Benita Belgarde voluntarily dismissed all claims asserted in this action without prejudice. (Notice, Doc. 4)  The Stipulation dismisses Petitioner's causes of action without prejudice without court order.

Each party shall bear its own attorneys' fees and costs.

The Clerk of Court is directed to close this matter.

Signed on April 7, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge

1 / 1